To: Court Crim. Appeals
of Texas
Clerk, Abel Acosta
P.O. Box 12308
Austin, TX. 78711

Mr. Steve Vic Parker
-AKA- Jerry Wilson #590690
Estelle Unit T.D.C.J.
264 FM 3478
Huntsville, TX. 77320
22, 317-22

Date: Sept. 25th, 2015

RE: Status Request And Notification Date from Tr. Ct. No. #2010-447-C1E

Dear Mr. Acosta,
    This is my (2nd) Second letter to your office to Request the Status Information And the Notification Date that this Honorable Appeals Court Received the Writ of Habeas Corpus Application And Response from the McLennan County District Clerks Office, in the Above Numbered Cause.

   As of this date I have <u>Not</u> Received <u>No Notice</u> from this Appeals Court.

   Therefore this is my (2nd) second letter Requesting your office to Provide me with the Proper Notice And Status Information.

          Thank You . . .

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 30 2015

Abel Acosta, Clerk

Respectfully,
Steve Vic Parker
AKA Jerry Wilson #590690
Applicant

cc: #02